IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DALE DEVON SCHEANETTE, 999440 ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICE OF THE CHIEF DISCIPLINARY ) <br> COUNSEL and GARY NATION, ) <br> Defendants. ) | No. 3:05-CV-1936-P |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 16th day of December 2005.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE